# AFFIDAVIT OF SERVICE

| Case: 23-cv-00582-KLM | Court: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | County: DENVER, CO | Job: 8519367 |
|---|---|---|---|
| Plaintiff / Petitioner: STEPHEN MALLON | | Defendant / Respondent: REPURPOSED MATERIALS LLC | |
| Received by: TRAILFINDER INC | | For: SANDERS LAW GROUP | |
| To be served upon: REPURPOSED MATERIALS LLC | | | |

I, Samuel Leon, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** REPURPOSED MATERIALS LLC, 2826 BOW LINE PL, LONGMONT, COLORADO 80503

**Manner of Service:** Registered Agent, Mar 14, 2023, 7:50 pm MDT

**Documents:** SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBIT 1, EXHIBIT 2, CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES, ORDER SETTING SCHEDULING/PLANNING CONFERENCE, INSTRUCTIONS FOR PREPARATION OF SCHEDULING ORDER, SCHEDULING ORDER

**Additional Comments:**
1) Successful Attempt: Mar 14, 2023, 7:50 pm MDT at 2826 BOW LINE PL, LONGMONT, COLORADO 80503 received by REPURPOSED MATERIALS LLC. HANDED COPY DIRECTLY TO REGISTERED AGENT TRACI S. CARSON.

Samuel Leon     Date 3-14-23

TRAILFINDER INC
2860 S. CIRCLE DR. #250K
COLORADO SPRINGS, CO 80906
3034953379

Subscribed and sworn to before me in El Paso County, Colorado by the affiant who is personally known to me.

Notary Public

Date 03/14/2023     Commission Expires 03/04/2024

ANDREW THOMAS SCOTT
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204008900
MY COMMISSION EXPIRES MARCH 04, 2024